PETER LEARN, Appellant, *v.* WILLIAM CURRIER, Respondent.

(Argued February 4, 1879 ; decided March 25, 1879.)

*H. E. Sickels* for appellant.

*II. J. Swift* for respondent.

AGREE to affirm on opinion below.

All concur, except FOLGER, J., not voting, and RAPALLO, J., absent.

Judgment affirmed.

EDWARD C. GENET, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued December 2, 1878 ; decided April 1, 1879.)

DECIDED on the facts in the case.

*Franklin Bartlett* for appellant.

*Charles P. Miller* for respondent.

MILLER, J., reads for affirmance of judgment.

All concur, except DANFORTH, J., taking no part.

Judgment affirmed.